## R. C. THOMAS & CO. ET AL v. GIDEON.

[69 South. 219.]

APPEAL AND ERROR. *Determination. Remittitur.*
Where on appeal to the supreme court the only reversible error in the record is that the jury awarded appellee a judgment in excess of that to which, under the evidence, he was entitled, the case will be affirmed if a proper remittitur is entered.

APPEAL from the circuit court of Lee county.
HON. CLAUDE CLAYTON, Judge.
Suit by D. H. Gideon against R. C. Thomas & Company and others. From a judgment for plaintiff, defendants appeal.
The facts are fully stated in the opinion of the court.

*W. D. Anderson* and *C. P. Long*, for appellant.

*George T. Mitchell*, for appellee.

SMITH, C. J., delivered the opinion of the court.

The only reversible error we find in the record is that the jury, as is admitted by counsel for appellee, awarded appellee a judgment which was forty-two dollars in excess of that to which, under the evidence, he was entitled.

In event a remittitur of this amount is entered, the judgment of the court below will be affirmed; otherwise, it will be reversed and remanded.

*Affirmed conditionally.*